FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**CHRISTOPHER WARREN MATHIS** | | BANKRUPTCY CASE NO.<br>**10-43028MGD** |
| DISTRICT IN WHICH CASE IS PENDING<br>**NORTHERN DISTRICT** | DIVISIONAL OFFICE<br>**ROME DIVISION** | NAME OF JUDGE<br>**HON. MAY GRACE DIEHL** |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>**DREW VANN** | DEFENDANT<br>**CHRISTOPHER WARREN MATHIS** | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* | | |
| DATE<br>3/16/2011 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Ivy Stewart Duggan | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>DREW VANN | **DEFENDANTS**<br>CHRISTOPHER WARREN MATHIS |
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>I. STEWART DUGGAN, PO BOX 5007, ROME, GA 30162-5007 (BRINSON, ASKEW, BERRY, LLP) 706-291-8853 | ATTORNEYS (If Known)<br>JAMES H. BONE, PO BOX 1330, BREMEN, GA 30110, 770-537-5848 |
| PARTY (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint To Determine Dischargeability of Debt Based on Fraud

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other  §523(a)(2) + (a)(4)

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CHRISTOPHER WARREN MATHIS | : | IN PROCEEDING UNDER |
| And PAULA KAY MATHIS, | : | CHAPTER 7 OF THE |
| | : | BANKRUPTCY CODE |
| Debtors. | : | |
| | : | CASE NO. 10-43028MGD |
| _____ | : | |
| DREW VANN, | : | HON. MAY GRACE DIEHL |
| | : | |
| Plaintiff, | : | |
| | : | |
| CHRISTOPHER WARREN MATHIS, | : | |
| | : | |
| Defendant. | : | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY
OF CERTAIN DEBTS**

COMES NOW the Plaintiff, Drew Vann ("Plaintiff") and files this his Complaint to determine the dischargeability of the debt due and owning to Plaintiff by Debtor/Defendant, Christopher Warren Mathis (the "Defendant") and, in support thereof, Plaintiff complains of Defendant as follows:

**Jurisdiction and Venue**

1.

This Court has jurisdiction under 28 U.S.C. § 1334.

2.

Venue is appropriate in this district and division under 28 U.S.C. § 1409.

3.

Plaintiff is an individual resident of the State of Georgia.

264810.1

4.

Defendant is a citizen of the State of Georgia who resides in Floyd County, Georgia.

### BASIS OF NONDISCHARGEABILITY

5.

On or about May 27, 2009, Plaintiff made a cash investment ("Investment") with Defendant in the amount of sixty-seven thousand and no/100 dollars ($67,500) in a common enterprise or partnership for the purpose of investing in two hundred and thirty-six (236) head of cattle and five (5) bulls for resale and profit, which Investment was evidenced in writing, a true and correct copy of said agreement evidencing same are attached hereto as a collective Exhibit "A", and which Investment was made by check. A true and correct copy of said check, endorsed by Defendant, is attached hereto is as Exhibit "B".

6.

Defendant fraudulently and deceitfully induced Plaintiff to make the Investment in the common enterprise with Defendant by means of known false pretenses, false representations, and actual fraud. Defendant, while acting in a fiduciary capacity as a sponsor and promoter of the Investment and as a partner of Plaintiff, failed to invest the proceeds of the Investment as agreed between the parties in violation of Defendant's fiduciary obligation to Plaintiff. From the outset Defendant never intended to do anything other than steal from and defraud Plaintiff. Defendant has failed to account for the proceeds of the Investment, has failed to refund the proceeds of the Investment or any proceeds to the Plaintiff, and has converted such proceeds to his own personal use. As such Defendant is, without question, a dirty-rotten scoundrel.

264810.1

7.

In the solicitation and acceptance of the Investment, Defendant knowingly and intentionally violated Federal securities laws, as that term is defined in Section 3(a)(47) of the Securities Exchange Act of 1934, applicable state securities laws, and regulations promulgated thereunder (collectively, "Securities Laws").

8.

Accordingly, the claim of Plaintiff against Defendant should be determined by this court to be non-dischargeable (i) under Section 523(a)(2) of the Bankruptcy Code due to Defendant's false pretenses, false representations, and actual fraud, (ii) under Section 523(a)(4) of the Bankruptcy Code due to Defendant's fraud and defalcation while acting in a fiduciary capacity as a sponsor and promoter of the Investment and as a partner of Plaintiff, and (iii) under Section 523(a)(4) of the Bankruptcy code due to Defendant's violation of the Securities Laws.

## PRAYER

WHEREFORE, Plaintiff prays as follows:

(i)  That an Order be entered declaring Defendant's debt to Plaintiff nondischargeable; and

(ii) That Plaintiff be awarded all costs of this herein action, and for such further relief as this Court deems just and proper.

This 16 day of March, 2011.

BRINSON, ASKEW, BERRY, SEIGLER,
RICHARDSON & DAVIS, LLP

_____
I. STEWART DUGGAN
Georgia Bar No. 232207

P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853
(706) 234-3574 Fax

264810.1

I Chris Mitta entered into a partnership with Mr. Dun Vannon 236 Cows plus all calves 4 Bulls 1 cripple Bull. Cows to be sold for a bounty momma cattle to be purchased both parties for $135,000.00 on Jan Calvin this 27 day of My 2009

Chris

EXHIBIT "A"

**DREW VANN**
PH. 706-232-0752
491 LOONEY RD SW
ROME, GA 30165

2645
64-1284/611

DATE 5-27-09

PAY TO THE ORDER OF Chris Mathis Hay & Cattle Co          $ 67,500 00/100

DOLLARS

United Community Bank

FOR 1/2 236 cows plus calves 5 bulls          Drew Vann

⑈002645⑈ ⑆061112843⑆ 126260⑈

DDA Debits - 05/28/2009 - Check# 2645 - Amount: $67,500.00

UCB1 >061112843< 05/28/2009 000601000157

DDA Debits - 05/28/2009 - Check# 2645 - Amount: $67,500.00

EXHIBIT "B"

```
UNITED COMMUNITY BANK                [S]  00061 02                           PAGE:       1
P.O. BOX 6005                            ACCOUNT:              1262609      06/16/2009
ROME GA 30162                            DOCUMENTS:                 15

       TELEPHONE:706-234-2371
```



```
                    DREW VANN                                                    42
                    491 LOONEY RD SW                                              1
                    ROME GA  30165-8898                                          14


===============================================================================
        Criminals trying to defraud you often use "phishing" letters, emails and
        phone calls to acquire your personal financial information.
        Never provide your information to anyone claiming to be the IRS, FDIC,
        On-Line Services or even the Bank.
               Report any Phishing attempts to us immediately.
        Again, never provide your information to anyone you do not know.


===============================================================================
                    UNITED GOLDEN PREM ACCOUNT 1262609
===============================================================================

MINIMUM BALANCE                 35,878.09    LAST STATEMENT 05/18/09     106,377.03
AVG AVAILABLE BALANCE           60,402.12          6 CREDITS              13,928.44
AVERAGE BALANCE                 60,679.30         16 DEBITS               72,268.22
                                             THIS STATEMENT 06/16/09      48,037.25

          - - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          06/16    6,538.22

          - - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                                  DATE         AMOUNT
SOUTHERN COMPANY PN PMTS/CP Z0ZB8744H/09152                  06/01       1,334.00
US TREASURY 303 SOC SEC XXXXX1696A SSA                       06/03       1,219.00
THE SOUTHERN COM DIVIDENDS VANN MARD1                        06/08           5.69
THE SOUTHERN COM DIVIDENDS VANN M D1                         06/08       4,829.13
INTEREST AT .05 %                                            06/16           2.40

          - - - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
  2637  05/22      129.87     2642  05/29      274.61     2647  06/04      158.00
  2638  05/29      631.39     2643  05/29    1,000.00     2648  06/16      319.23
  2639  05/29       30.34     2644  06/01       25.00     2649* 06/16    1,002.23
  2640  06/02      104.09     2645  05/28   67,500.00     2651  06/16       75.73
  2641  05/29       70.73     2646  05/29      750.00

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE
                    * * *  C O N T I N U E D  * * *
```